No. 360. TUCKER, Respondent, v. LA COUNT, Appellant.

(Also reported in 223 N. W. 2d 688.)

Uniform Commercial Code. Commercial paper. Action on promissory notes. Attempted variation of terms. Alleged oral antecedent or contemporaneous agreements. Exclusion of testimony. Propriety.

The cause was submitted for the appellant on the brief of *Howard W. Eslien* and *Eslien, Jeske & Eslien,* all of Oconto Falls, and for the respondent on the brief of *Kaftan, Kaftan, Kaftan, Kuehne & Van Egeren, S. C.,* of Green Bay.